```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
```

**JAMES BRENT WATTS,**

                                 **Petitioner,**

              **v.**                                       CASE NO. 22-3109-SAC

**LUCIFER, et al.,**

                                 **Respondents.**

## MEMORANDUM AND ORDER

This matter comes before the Court on pro se Petitioner James Brent Watts' "Motion to Reconsider and[/]or to Correct Order as the Courts Are Under Baal and [/]or Baalim Authority With 2 Sets of Judging 1 For GOD, Positive, Good … The Next For Lucifer, Negative, Evil … By Star [and] Planet." (Doc. 21.) Petitioner failed to put a case number on this motion, so the Court has filed it in Petitioner's only open case. If Petitioner intended this motion to be filed in his closed case, he must refile it with the appropriate case number indicated on the first page of the motion. Petitioner is reminded that all future filings with the Court must include a case number.

Even liberally construing the motion, as is appropriate since Petitioner proceeds pro se, it is difficult to understand. It appears, however, to reassert Petitioner's religious argument in favor of changing the case number and/or judge assigned to his federal case.

1

To the extent that Petitioner asks the Court to reconsider its order denying alteration of the case number in this matter, the Court declines to do so. Local Rule 7.3(b) governs motions to reconsider non-dispositive orders. Under that rule, "[a] motion to reconsider must be based on: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or prevent manifest injustice." D. Kan. Rule 7.3(b). Petitioner has established none of these. The Court has previously rejected this argument and sees no reason to reconsider its prior order at this time. (See Doc. 20.)

**IT IS THEREFORE ORDERED** that the motion (Doc. 21) is **denied.**

**IT IS SO ORDERED.**

DATED:  This 23rd day of September, 2022, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge